| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
The Regal Press, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
04-2539515

**4. Debtor's address**

Principal place of business

79 Astor Avenue  
Norwood, MA 02062  
Number, Street, City, State & ZIP Code

Norfolk  
County

Mailing address, if different from principal place of business

_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **The Regal Press, Inc.** _____   Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **The Regal Press, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **The Regal Press, Inc.** _____ Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **The Regal Press, Inc.**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 13, 2024**
MM / DD / YYYY

X **/s/ William N. Duffey, Jr.**   **William N. Duffey, Jr.**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ D. Ethan Jeffery, Esq.**   Date **March 13, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**D. Ethan Jeffery, Esq.**
Printed name

**Murphy & King, Professional Corporation**
Firm name

**28 State Street**
**Suite 3101**
**Boston, MA 02109**
Number, Street, City, State & ZIP Code

Contact phone **(617) 423-0400**   Email address

**BBO#631941 MA**
Bar number and State

# THE REGAL PRESS, INC.

## CORPORATE VOTE

I, William N. Duffey, Jr., being the Secretary of The Regal Press, Inc. (the "Corporation") hereby certifies, in his capacity as Secretary of the Corporation and not in his individual capacity, that the following resolutions were adopted, in accordance with the requirements of applicable Massachusetts law and the by-laws of the Corporation currently in effect, by 100% of the shareholders of the Corporation:

**WHEREAS**, in light of the Corporation's financial condition, the Corporation engaged certain professionals to advise the Corporation on the restructuring of the Corporation, including seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), if advisable;

**WHEREAS**, having considered the financial and other materials available to the Corporation, and the advice of financial and other advisors, the Corporation has determined that it is desirable and in the best interest of the Corporation and its creditors, employees, and other interested parties that a petition be filed by the Corporation, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**:

**RESOLVED** That, it being in the best interest of the Corporation to reorganize its business in the context of a chapter 11 case, William N. Duffey, Jr., President of the Corporation, be and hereby is authorized and directed to prepare and file on behalf of the Corporation a petition for relief under chapter 11 of the United States Bankruptcy Code.

**RESOLVED** That William N. Duffey, Jr., and any person authorized by him (each, an "Authorized Person") is authorized on behalf of the Corporation to (i) execute on behalf of the Corporation such pleadings, petitions, schedules and statements as may be deemed necessary or appropriate in connection with the bankruptcy case, and (ii) to execute such further documents and do such further acts as may be deemed necessary or appropriate with respect to the foregoing proceedings and actions; the execution of any document or the doing of any act in connection with such chapter 11 proceedings to be conclusively presumed to be authorized by this vote.

**RESOLVED** That, subject to the approval, if necessary, of the Court having jurisdiction of the Corporation's chapter 11 case, the Corporation is authorized to retain Murphy & King, P.C. as its bankruptcy counsel, and such other professionals as may be required, subject in each instance to any power of said Court to determine their reasonable compensation and reimbursement of expenses, and to pay retainers as applicable.

**RESOLVED** That, subject to the approval, if necessary, of the Court having jurisdiction of the Corporation's chapter 11 case, the Corporation may engage and retain such other professionals as it deems necessary and appropriate to assist the Corporation in the chapter 11 case including, without limitation, financial advisor(s), and that the Corporation may provide such professionals with fees for their services.

**RESOLVED** That each Authorized Person and such other officers of the Corporation as the Authorized Persons shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such persons, be, and each hereby is, authorized, empowered, and directed, in the name of and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such person shall be or become necessary, proper, and desirable, to effectuate the successful prosecution of the Corporation's chapter 11 case, with a view to the successful prosecution of such cases; provided that each of the foregoing shall be subject to review and consent by the Chief Executive Officer and/or President with respect to any act or transaction that does not fall within the ordinary course of business of the Corporation.

**RESOLVED** That each Authorized Person be, and each hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to execute such consents on behalf of the Corporation as such Authorized Person considers necessary, proper or desirable to effectuate these Resolutions, such determination to be evidenced by such execution or taking of such action.

**RESOLVED**    That any and all past actions heretofore taken by any Authorized Persons of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, approved and adopted as a duly authorized act of the Corporation in all respects and for all purposes.

In witness whereof, these Resolutions have been executed on the date stated below.

Dated: March 13, 2024

William N. Duffey, Jr.
Secretary